UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Christopher Jackson     CASE NO. 17-10379
DEBTOR(S)     CHAPTER 13

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE WITHOUT A 109(G) FINDING

**NOW INTO COURT**, through undersigned counsel, comes Debtor, who respectfully represents as follows:

1. Debtor filed for protection under Chapter 13 of Title 11 U.S.C. on March 10, 2017. Debtor's plan was last confirmed on August 22, 2017.

2. Debtor wishes to voluntarily dismiss this case without a 109(g) finding.

3. This case has not been converted to Chapter 13 from another chapter of the Bankruptcy Code

4. Under §1307(b) of the Bankruptcy Code, the Debtor is entitled to be dismissed from his Chapter 13 case at any time.

**WHEREFORE**, Debtor respectfully moves this Court to dismiss this Chapter 13 case without a 109(g) finding.

Respectfully Submitted:
The Cook Law Firm
A Professional Law Corporation
4070 Highway 80 East
Haughton, La 71037
(318) 949-5999

By: /s/ Kelli R. Cook
**Robert W. Cook, #20761**
**Kelli R. Cook, #32401**
**Michele S. Cook, #33531**
**Kent Gill, #06165**
**Jessica P. Johnston, #32519**

1